

RECEIVED
OCT 27 2022
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-245 (APM) |
| v. | : | GRAND JURY ORIGINAL |
| TAYION HAMIEL-WARD, also known as "Taedoe Jugg," KARL DUNN, also known as "Ant," ▓▓▓▓ ▓▓▓▓▓▓▓ also known as ▓▓▓▓ KURTIS MATHES, also known as "9eno," DESHAWN BARNES, also known as "Skii," | : | VIOLATIONS: 21 U.S.C. § 846 (Conspiracy to Distribute and Possess With Intent to Distribute Marijuana) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) (Unlawful Possession With Intent to Distribute Marijuana) 18 U.S.C. § 924(c)(1) (Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) (Unlawful Distribution of Marijuana) 21 U.S.C. § 860(a) (Unlawful Distribution of Marijuana Within 1000 Feet of a School) 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) 26 U.S.C. § 5861(d) (Possession of an Unregistered Firearm) 21 U.S.C. § 860(a) (Unlawful Possession With Intent to Distribute Marijuana within 1000 Feet of a School) 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendants. | : | FORFEITURE: |

```
:       18 U.S.C. § 924(d); 21 U.S.C. § 853(p);
:       and 28 U.S.C. § 2461(c)
```

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about March 2021, the exact date being unknown to the Grand Jury, and continuing through at least July 2022, within the District of Columbia and elsewhere, Defendants, **TAYION HAMIEL-WARD, also known as "Taedoe Jugg," KARL DUNN, also known as "Ant,"** ▮▮▮▮▮▮**, also known as** ▮▮▮▮**KURTIS MATHES, also known as "9eno," and DESHAWN BARNES, also known as "Skii,"** did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**(Conspiracy to Distribute and Possess With Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about October 13, 2021, within the District of Columbia, **TAYION HAMIEL-WARD, also known as "Taedoe Jugg,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about October 13, 2021, within the District of Columbia, **TAYION HAMIEL-WARD**, also known as "Taedoe Jugg," did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ingenuity Prep Public Charter School, a public charter school in the District of Columbia.

(**Unlawful Distribution of Marijuana Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FOUR

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD**, also known as "Taedoe Jugg," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIVE

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD**, also known as "Taedoe Jugg," did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Four of this Indictment which are incorporated herein, a firearm, that is, a Palmetto, model PA-15, multi caliber pistol with serial number SCD726460, and a Masterpiece Arms, model Defender, 9mm firearm with serial number FX14818.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT SIX

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD, also known as "Taedoe Jugg,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2021-CF2-006291, did unlawfully and knowingly receive and possess a firearm, that is, a Palmetto, model PA-15, multi caliber pistol with serial number SCD726460, and a Masterpiece Arms, model Defender, 9mm firearm with serial number FX14818, and did unlawfully and knowingly receive and possess ammunition, that is, 26 rounds of assorted caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVEN

On or about July 13, 2022, within the District of Columbia, **TAYION HAMIEL-WARD, also known as "Taedoe Jugg,"** knowingly received and possessed a firearm, that is, a Masterpiece Arms, model Defender, 9mm firearm, with serial number FX14818, with a forward grip attachment that is not designed to be fired when held in one hand, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26 of the United States Code.

(**Possession of an Unregistered Firearm**, in violation of Title 26, United States Code, Section 5861(d))

4

### COUNT EIGHT

On or about April 8, 2021, within the District of Columbia, **KARL DUNN, also known as "Ant,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT NINE

On or about April 8, 2021, within the District of Columbia, **KARL DUNN, also known as "Ant,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ingenuity Prep Public Charter School, a public charter school in the District of Columbia.

**(Unlawful Distribution of Marijuana Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

### COUNT TEN

On or about April 26, 2021, **KARL DUNN, also known as "Ant,"** did unlawfully, knowingly, and intentionally possess with intent to distribute within the District of Columbia a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT ELEVEN

On or about April 26, 2021, **KARL DUNN, also known as "Ant,"** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug

trafficking offense within the District of Columbia, for which he may be prosecuted in a court of the United States, that is Counts One and Ten of this Indictment, which are incorporated herein, a firearm, that is, a 9mm Taurus, model PT111 G2, with an obliterated serial number.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

### COUNT TWELVE

On or about ████, 2021, within the District of Columbia, ████ ████, also **known as** ████ did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

### COUNT THIRTEEN

On or about ████, 2021, within the District of Columbia, ████ ████, also **known as** ████ did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ingenuity Prep Public Charter School, a public charter school in the District of Columbia.

**(Unlawful Distribution of Marijuana Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FOURTEEN

On or about ▮▮▮ 2022, ▮▮▮▮▮▮▮, also known as ▮▮▮ did unlawfully, knowingly, and intentionally possess with intent to distribute within the District of Columbia a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIFTEEN

On or about ▮▮▮ 2022, ▮▮▮▮▮▮▮, also known as ▮▮▮ did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense within the District of Columbia, for which he may be prosecuted in a court of the United States, that is Counts One and Fourteen of this Indictment which are incorporated herein, a firearm, that is, a  with ▮▮▮▮▮▮.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT SIXTEEN

On or about July 13, 2022, within the District of Columbia, **KURTIS MATHES, also known as "9eno,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

7

## COUNT SEVENTEEN

On or about July 13, 2022, within the District of Columbia, **KURTIS MATHES, also known as "9eno,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ingenuity Prep Public Charter School, a public charter school in the District of Columbia.

**(Unlawful Possession With Intent to Distribute Marijuana Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT EIGHTEEN

On or about July 13, 2022, within the District of Columbia, **KURTIS MATHES, also known as "9eno,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT121367X, did unlawfully and knowingly receive and possess ammunition, that is, 5.56 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINETEEN

On or about March 16, 2021, within the District of Columbia, **DESHAWN BARNES, also known as "Skii,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT TWENTY

On or about March 16, 2021, within the District of Columbia, **DESHAWN BARNES**, **also known as "Skii,"** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Ingenuity Prep Public Charter School, a public charter school in the District of Columbia.

(**Unlawful Distribution of Marijuana Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT TWENTY-ONE

On or about April 26, 2021, within the District of Columbia, **DESHAWN BARNES**, **also known as "Skii,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2016 CF2 003277, did unlawfully and knowingly receive and possess ammunition, that is, .223 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One, Two, Three, Four, Eight, Nine, Ten, Twelve, Thirteen, Fourteen, Sixteen, Seventeen, Nineteen, and Twenty of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of the said violations, including, but not limited to, proceeds stemming from Counts One, Two, Three, Four, Eight, Nine, Ten, Twelve, Thirteen, Fourteen, Sixteen, Seventeen, Nineteen, and Twenty including approximately $79,170.00 in U.S. Currency.

2. Upon conviction of the offense alleged in Counts One, Five, Six, Seven, Eleven, Fifteen, Eighteen, and Twenty-One of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Palmetto, model PA-15, multi caliber pistol with serial number SCD726460 and a P MAG 30-round magazine and 26 rounds of 5.56 ammunition; a Masterpiece Arms, model Defender, 9mm firearm with serial number FX14818; a 9mm Taurus, model PT111 G2, with an obliterated serial number; a drum magazine and an extended Glock 9mm magazine; 40 rounds of 9mm ammunition; an ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆; 53 rounds of high-capacity ammunition; three rounds of 5.56 caliber ammunition; and three rounds of .223 caliber ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

_Matthew M. Graves_
Attorney of the United States in
and for the District of Columbia.